IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Civil No. 1:06-cr-266 |
| | : | |
| v. | : | |
| | : | |
| **ANTHONY WHITE,** | : | **Judge Sylvia H. Rambo** |

# O R D E R

**AND NOW**, this 25th day of April, 2024, upon consideration of Defendant's motion for resentencing under Section 404 of the First Step Act of 2018, § 404, Pub. L. No. 115-391, 132 Stat. 5194, 5222. (Doc. 219), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

/s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge